100 PARKWAY ROAD, INC., Appellant, *v.* JOHNS-MANVILLE, INC., Respondent.

Argued April 14, 1941; decided April 24, 1941.

*Joel Mencher* and *Sidney Goldstein* for appellant.

*John D. Hyde* and *Francis W. Phillips* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and RIPPEY, J.